No. 26570.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

## PHILLIPS v. STATE.

No. 26596.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney on appeal for appellant.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is robbery by assault, with punishment assessed at seventy-five years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the Court.